IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA, | NO. CV 21-7836-JFW (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| JIM ROBERSON, Warden, | |
| Respondent. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, and the Report and Recommendation ("Report"). No objections to the Report have been filed despite Petitioner being granted an extension of time to do so. (Dkt. No. 35.) The Court accepts the findings and recommendation of the Report.

    IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: January 28, 2025

                                            JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE