JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JIM ROBERSON, Warden,<br><br>　　　　　　Respondent. | NO. CV 21-7836-JFW (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: January 28, 2025.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE